# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. | STATE OF CONNECTICUT **SUPERIOR COURT** *www.jud.ct.gov*  |
|---|---|

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 69 Brooklyn Street, Rockville, CT 06066 | ( 860 ) 896 – 4920 | 06/29/2021 |

| ☒ Judicial District | G.A. Number: | At *(City/Town)* Rockville | | Case type code *(See list on page 2)* Major: T   Minor: 90 |
|---|---|---|---|---|
| ☐ Housing Session | | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Michael A. Peck, Esq., 200 Scarborough Street, Hartford, CT 06105 | 045776 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 236 – 4782 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* mpeck@pecklawgroup.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Wei, Rui Ling<br>Address: 345 Buff Cap Road, Tolland, CT 06084 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: KeyBank National Association<br>Address: 127 Public Square, Cleveland, OH 44114 | Agent: Corporation Service Company<br>100 Pearl Street, 17th Floor, MC-CSC1, Hartford, CT 06103 D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date 05/07/2021 | Signed *(Sign and select proper box)* *Michael A. Peck* | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing Michael A. Peck, Esq. |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. A TRUE COPY
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.  ATTEST
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

ALEX J. RODRIGUEZ
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date |
|---|---|---|

For Court Use Only
File Date

| | |
|---|---|
| RUI LING WEI | SUPERIOR COURT |
| Plaintiff, | J.D. OF TOLLAND AT ROCKVILLE |
| vs. | |
| KEYBANK NATIONAL ASSOCIATION | RETURN DATE: JUNE 29, 2021 |
| Defendant. | MAY 7, 2021 |

## COMPLAINT

The Plaintiff herein avers the following:

1. The PLAINTIFF, RUI LING WEI, is an individual residing at 345 Buff Cap Road, Tolland, Connecticut 06084.

2. The DEFENDANT, KEYBANK NATIONAL ASSOCIATION, is a business duly licensed in the State of Connecticut with a principal place of business at 127 Public Square, Cleveland, Ohio 44114.

## COUNT ONE
(Negligence)

3. Paragraphs 1-2 are incorporated by reference as if set forth herein.

4. On or about May 7, 2019, the Plaintiff, Rui Ling Wei received a phone call from the Chinese government stating that her passport was involved in an elaborate money laundering scam in China, and that if she did not wire most of the funds in her account to the police in Hong Kong during its investigation, she would face prosecution and could be found guilty in the aforementioned money laundering scam.

5. On or about May 7, 2019, at approximately 10:40 a.m., the Plaintiff went to the Defendant KeyBank National Association's (hereinafter "KeyBank") location at 215 Merrow Road in Tolland, Connecticut, and wired $76,000.00 to the Bank of China under the belief that she needed to do so to prove her innocence and avoid prosecution in China.

6. On or about May 7, 2019, at approximately 8:30 p.m., the Plaintiff had a feeling that she was the victim of a scam.

7. On or about May 7, 2019, at approximately 8:30 p.m., the Plaintiff immediately went to the Tolland Police Department and, with an officer present, called KeyBank's 24/7 customer service department and requested that the transfer be cancelled.

8. Despite a representative stating that international wiring takes 24 hours, that the status of the Plaintiff's wire transfer was "pending", that he would "red flag" the transaction and the Plaintiff had nothing to worry about, KeyBank did not contact the Bank of China to cancel the wire transfer or take any other action to cancel the wire transfer, and allowed the transfer to be processed.

9. On May 8, 2019, at approximately 9:00 a.m., the Plaintiff contacted KeyBank's wire transfer department and was informed by a representative named Debbie that her checking account had been frozen and flagged, but no one contacted the Bank of China to stop the transfer.

10. As a result of KeyBank's failure to cancel the Plaintiff's international wire transfer, the Plaintiff lost $76,000.00.

11. Said international wire transfer and the consequent injuries and losses suffered by the Plaintiff on or about May 7, 2019 were due to the negligence and carelessness of KeyBank, acting through its agents/servants/employees in that:

    a. It had a duty to cancel the Plaintiff's international wire transfer when she made a suspected fraud complaint to KeyBank but failed to do so;

    b. It failed to cancel the Plaintiff's international wire transfer when asked, when it knew or should have known that it was unreasonable not to do so; and

    c. It failed, as alleged above, to exercise reasonable care under the circumstances then and there existing.

12. As a result of the aforementioned negligence and carelessness of KeyBank, the Plaintiff, Rui Ling Wei, lost $76,000.00.

13. As a further result of the aforementioned negligence and carelessness of KeyBank, the Plaintiff, Rui Ling Wei, has endured anxiety and distress, and has experienced and will continue to experience a decrease in the quality of her daily life.

THE PLAINTIFF, RUI LING WEI

BY: *Michael A. Peck*
Michael A. Peck, Esq.
Peck & Peck
200 Scarborough Street
Hartford, CT 06105
Tele. (860) 236-4782
Fax (860) 206-2762
Juris No. 045776

| | | |
|---|---|---|
| RUI LING WEI | : | SUPERIOR COURT |
| | : | |
| Plaintiff, | : | J.D. OF TOLLAND |
| | : | AT ROCKVILLE |
| vs. | : | |
| | : | RETURN DATE: |
| KEYBANK NATIONAL ASSOCIATION | : | JUNE 29, 2021 |
| | : | |
| Defendant. | : | MAY 7, 2021 |

## CLAIM FOR RELIEF

**WHEREFORE**, the Plaintiff claims:

1. Money Damages;

2. Such other relief as in equity may lie.

THE PLAINTIFF, RUI LING WEI

BY: *Michael A. Peck*
Michael A. Peck, Esq.
Peck & Peck
200 Scarborough Street
Hartford, CT 06105
Tele. (860) 236-4782
Fax (860) 206-2762
Juris No. 045776

A TRUE COPY
ATTEST
ALEX J. RODRIGUEZ
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY

| | | |
|---|---|---|
| RUI LING WEI | : | SUPERIOR COURT |
| | : | |
| Plaintiff, | : | J.D. OF TOLLAND |
| | : | AT ROCKVILLE |
| vs. | : | |
| | : | RETURN DATE: |
| KEYBANK NATIONAL ASSOCIATION | : | JUNE 29, 2021 |
| | : | |
| Defendant. | : | MAY 7, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is not less than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF, RUI LING WEI

BY: *Michael A. Peck*
Michael A. Peck, Esq.
Peck & Peck
200 Scarborough Street
Hartford, CT 06105
Tele. (860) 236-4782
Fax (860) 206-2762
Juris No. 045776

A TRUE COPY
ATTEST:

_____
ALEX J. RODRIGUEZ
STATE MARSHAL/INDIFFERENT PERSON
HARTFORD COUNTY