## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUI LING WEI,** | : | C.A. NO. 3:21-cv-00773-CSH |
| Plaintiff, | : | |
| | : | |
| VS. | : | JULY 6, 2021 |
| | : | |
| **KEYBANK NATIONAL ASSOCIATION,** | : | |
| | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Rui Ling Wei and Defendant KeyBank National Association, by and through their respective undersigned attorneys, that the above-captioned action be and is hereby dismissed, with prejudice and without costs to either party against the other pursuant to Fed. R. Civ. Pro. 41(a)(1).

**IT IS FURTHER STIPULATED** that this Stipulation may be executed by facsimile or other electronic means (*e.g.*, pdf) in lieu of the original.

Respectfully submitted,

Dated:  July 6, 2021

**PECK & PECK**

By: _____
David R. Peck

200 Scarborough Street
Hartford, CT 06105
(860) 236-4782
(860) 985-3283
(860) 206-2762 (Facsimile)
mpeck@pecklawgroup.com

*Attorneys for Plaintiff*
*Rui Ling Wei*

-and-

Dated: July 6, 2021

**MORAN • KARAMOUZIS LLP**

By: *Andrew P. Karamouzis*
    Andrew P. Karamouzis

265 Sunrise Highway, Suite 61
Rockville Centre, NY 11570
(516) 678-6660
(516) 678-6661 (Facsimile)
akaramouzis@mka-law.com

*Attorneys for Defendant*
*KeyBank National Association*

**IT IS SO ORDERED** this ___th day of July 2021.

_____
**THE HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE**